UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BAMIDELE AIYEKUSIBE, MISCHELE
HIGGINSON and SHANTAL BROWN-
WINN, individually and on behalf of all
others similarly situated

       Plaintiffs,

v.                                        Case No.:  2:18-cv-816-FtM-38MRM

THE HERTZ CORPORATION and
DTG OPERATIONS, INC.,

       Defendants.
_____/

## ORDER[1]

Before the Court is Plaintiffs' Motion for Conditional Certification (Doc. 48), Plaintiffs and Defendants' Joint Motion and Stipulation for Conditional Certification (Doc. 63), and a non-party's motion for a status conference on conditional certification (Doc. 66). As explained in a previous Order, the Court will deny these motions without prejudice. (Doc. 77 at 9). In a related case, *Figueroa v. The Hertz Corp.*, 2:19-cv-00326-SPC-NPM, the *Figueroa* plaintiffs will file a notice of how they will proceed on or before August 29, 2019. (Doc. 77 at 10). Then, on or before September 5, 2019, those plaintiffs will proceed accordingly by filing an amended complaint in that case or opting into the

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or websites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

collective action here. (Doc. 77 at 10). At that point, this action will be in better focus, and the parties can file a motion for conditional certification, stipulated or otherwise.

Also here is Plaintiffs' Motion for Equitable Tolling of Statute of Limitations (Doc. 73). This Motion is partially unopposed (Doc. 73 at 10), but Defendants have until August 28, 2019, to respond (Doc. 76). The Motion is tied to conditional certification, which is denied without prejudice and impacted by the *Figueroa* Order (Doc. 77). So for now, the Court denies this Motion as moot with leave to refile.

Accordingly, it is now

**ORDERED:**

1. Plaintiffs' Motion for Conditional Certification (Doc. 48) is **DENIED without prejudice**.

2. The parties' Joint Motion and Stipulation for Conditional Certification (Doc. 63) is **DENIED without prejudice**.

3. The non-party's Motion for Conference and Cross-Notice (Doc. 66) is **DENIED as moot**.

4. Plaintiffs' Motion for Equitable Tolling of Statute of Limitations (Doc. 73) is **DENIED as moot**.

5. The Clerk is **DIRECTED** to file a copy of this Order in *Figueroa v. The Hertz Corp.*, 2:19-cv-00326-SPC-NPM.

**DONE** and **ORDERED** in Fort Myers, Florida this 16th day of August, 2019.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record