**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| BAMIDELE AIYEKUSIBE, MISCHELE HIGGINSON, and SHANTAL BROWN-WINN, Individually And on behalf of all others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HERTZ CORPORATION, and DTG OPERATIONS, INC.<br><br>Defendants. | Case No:<br><br>2:18-CV-816-FtM-99MRM |

**NOTICE OF RESOLUTION OF OBJECTION (DE 88) AND MOTION TO STRIKE (DE 95)**

Feldman Legal Group and Shavitz Law Group (collectively "Plaintiffs' counsel") hereby notify the Court that they have resolved the issues with respect to the Joint Motion and Stipulation for Conditional Collective Action Certification (DE 87) ("Stipulation for Certification"):

1. Plaintiffs' counsel have agreed to jointly prosecute the claims of the putative collective class.

2. Plaintiffs' counsel have agreed that both firms will be identified throughout the proposed Notice and Consent to Join form as counsel for the putative class.

3. Shavitz Law Group will be filing a Notice of Appearance on behalf of the Named Plaintiffs.

4. Therefore, as co-counsel, the Consent to Join forms filed by Shavitz Law Group (DE's 81, 83-86) are properly on file in this case and consistent with the Court's Order of August 16, 2019 (DE 78).

5. The putative collective class at issue in the stipulation relates back to July 1, 2017, and thus, approximately 2.5 years of back-pay will be at issue by the time Notice and a Reminder Postcard issue to the putative collective class pursuant to the Stipulation for Certification (DE 87). Plaintiffs' counsel will submit a revised Notice and Consent to Join form which identifies all Plaintiffs' counsel, and the parties can address any outstanding issues at the upcoming Court conference on October 9th, 2019 (DE 93).

Dated: October 4, 2019

Respectfully submitted,

/s/ Gregg I. Shavitz
**SHAVITZ LAW GROUP, P.A.**
Gregg I. Shavitz, Fla. Bar No. 11398
gshavitz@shavitzlaw.com
Alan L. Quiles, Fla. Bar No. 62431
aquiles@shavitzlaw.com
Tamra C. Givens, Fla. Bar No. 657638
tgivens@shavitzlaw.com
951 Yamato Road, Suite 285
Boca Raton, FL 33431
Telephone: (561) 447-8888

/s/ Mitchell L. Feldman
**FELDMAN LEGAL GROUP**
MITCHELL L. FELDMAN
Florida Bar No. 0080349
6940 W. Linebaugh Ave #101
Tampa, FL 33625
Tele: (813) 639-9366
Fax: (813) 639-9376
E-mail: mlf@feldmanlegal.us
Secondary: mhockensmith@feldmanlegal.us

***Attorneys for Plaintiffs and the Putative Collective***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing on this 4th day of October, 2019 with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Gregg Shavitz, Esq.
Gregg I. Shavitz, Esq.