UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BAMIDELE AIYEKUSIBE, MISCHELE HIGGINSON and SHANTAL BROWN-WINN, individually and on behalf of all others similarly situated

        Plaintiffs,

v.

THE HERTZ CORPORATION and DTG OPERATIONS, INC.,

        Defendants.
_____/

Case No.: 2:18-cv-816-FtM-38MRM

## **ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R"). (Doc. 122). Judge McCoy recommends denying Plaintiffs' motion to toll the statute of limitations. Neither party objected, and the matter is ripe.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also* Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982). Without a specific objection, the judge need not review factual findings de novo. 28 U.S.C. § 636(b)(1); *see also* Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). But the district court reviews legal conclusions de novo, even without an objection. *Cooper-Houston v. S. Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

After a careful, complete, and independent examination of the file, the Court accepts and adopts Judge McCoy's R&R in full.

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 122) is **ACCEPTED and ADOPTED**.

2. Plaintiffs' Renewed Motion for Equitable Tolling of Statute of Limitations (Doc. 113) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of March, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record