UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BAMIDELE AIYEKUSIBE, MISCHELE
HIGGINSON and SHANTAL BROWN-
WINN, individually and on behalf of all
others similarly situated

      Plaintiffs,

v.                                                Case No.: 2:18-cv-816-FtM-38MRM

THE HERTZ CORPORATION and
DTG OPERATIONS, INC.,

      Defendants.
_____/

## **ORDER**[1]

Before the Court is United States Magistrate Judge Mac R. McCoy's Report and Recommendation ("R&R"). (Doc. 129). Judge McCoy recommends approving the parties' Joint Amended Proposed Notice (Docs. 125; 125-1). The parties filed a Joint Notice of No Objection (Doc. 130). So the matter is ripe for review.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1); *see also Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982). Without a specific objection, the judge need not review factual findings de novo. 28 U.S.C. § 636(b)(1); *see also Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). But the district court reviews

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

legal conclusions de novo, even without an objection. *Cooper-Houston v. S. Ry.*, 37 F.3d 603, 604 (11th Cir. 1994).

After a careful, complete, and independent examination of the file, the Court accepts and adopts Judge McCoy's R&R in full. This was the last outstanding issue before the now-approved notice and consent forms can issue. So the parties are authorized to begin the notice process in accordance with their stipulated procedures for issuing notice (Doc. 87 at 3-5).

Accordingly, it is now

**ORDERED:**

1. The Report and Recommendation (Doc. 129) is **ACCEPTED and ADOPTED** and the findings incorporated herein.

2. The parties' Notice of Filing Joint Amended Proposed Notice (Doc. 125), construed as a motion seeking approval of the parties' Joint Amended Proposed Notice (Doc. 125-1), is **APPROVED**.

3. The parties are **AUTHORIZED** to begin the notice process in accordance with their stipulated procedures for issuing notice to the putative opt-in plaintiffs (Doc. 87 at 3-5).

**DONE** and **ORDERED** in Fort Myers, Florida this 13th day of March, 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record