UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BAMIDELE AIYEKUSIBE, MISCHELE HIGGINSON and SHANTAL BROWN-WINN, individually and on behalf of all others similarly situated

      Plaintiffs,

v.                                          Case No.: 2:18-cv-816-FtM-38MRM

THE HERTZ CORPORATION and DTG OPERATIONS, INC.,

      Defendants.
_____/

# ORDER[1]

Before the Court are the parties' responses (Docs. 172; 173) to the Court's Order to Show Cause (Doc. 171). In light of their responses and Defendants' Amended Suggestion of Bankruptcy and Notice of Operation of the Automatic Stay (Doc. 170), the Court stays this case is accordance with 11 U.S.C. § 362(a). When the stay is lifted, Plaintiffs may file any timely, signed consent to join forms that opt-in plaintiffs produced, but were not filed due to the automatic stay. If there is a dispute over any such forms, the Court will resolve those matters after the stay is lifted.

Accordingly, it is now

**ORDERED:**

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

1. This case is **STAYED**. Defendants must notify the Court, in writing, **within seven (7) days** of the bankruptcy proceedings concluding.

2. The Clerk is **DIRECTED** to add a stay flag to the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of June, 2020.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record