**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

BAMIDELE AIYEKUSIBE, MISCHELE HIGGINSON and SHANTAL BROWN-WINN, Individually And on behalf of all others Similarly Situated,

Plaintiffs, Case No.: 2:18-CV-816

v.

THE HERTZ CORPORATION and DTG OPERATIONS INC.

Defendants.

______________________________/

**STIPULATION OF DISMISSAL**

The Parties to this action, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41, hereby stipulate that the above-entitled action by Plaintiffs is dismissed with prejudice, including all claims stated herein, and further state as follows:

1. In response to Defendants' Amended Suggestion of Bankruptcy and Notice of Operation of the Automatic Stay (DE 170), this Court Ordered a stay in this case on June 10, 2020. (DE 174).

2. Currently, Defendants are still in bankruptcy proceedings in the U.S. Bankruptcy Court for the District of Delaware ("Bankruptcy Court"), Case. No. 20-11218.

3. At mediation on February 19, 2021, the Parties reached an agreement to settle the claims of all Plaintiffs and opt-in Plaintiffs.

4. On March 24, 2021, the Parties executed the Settlement Agreement and Release (the "Settlement").

5. On March 26, 2021, Defendants moved in the Bankruptcy Court for an order approving the Settlement as fair, reasonable, and adequate. *In Re Hertz Corp.*, ECF No. 3474.

6. On April 13, 2021, the Bankruptcy Court approved the Settlement. *In re Hertz Corp.*, ECF No. 3866.

7. The Bankruptcy Court will retain exclusive jurisdiction with respect to all matters arising from or in relation to the interpretation and implementation of the Settlement.

8. Pursuant to the Settlement, the Parties stipulated to dismiss the original action in this Court.

9. Accordingly, the Parties hereby stipulate that the above-entitled action by Plaintiffs is dismissed with prejudice.

Respectfully submitted this 7th day of May 2021.

*/s/ Mitchell L. Feldman, Esq.*
**Mitchell L. Feldman, Esq.**
Florida Bar No. 008349
FELDMAN LEGAL GROUP
6916 W. Linebaugh Ave., #101
Tampa, Florida 33625
Phone: (813) 639-9366
Fax: (813) 639-9376
mfeldman@flandgatrialattorneys.com
*Attorney for Plaintiffs*

*s/* Reed Russell
John E. Phillips
Florida Bar No. 823155
Reed L. Russell
Florida Bar No. 0184860
Erin L. Malone
Florida Bar No. 0036074
PHELPS DUNBAR LLP
100 South Ashley Drive
Suite 2000
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Facsimile: (813) 472-7570
Email: john.phillips@phelps.com
Email: reed.russell@phelps.com
Email: erin.malone@phelps.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of May 2021, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which automatically sends electronic notification of its filing to the attorneys of record for the parties. Parties may also access this filing through the Court's system.

*/s/ Mitchell L. Feldman, Esq.*
Mitchell L. Feldman, Esq.
Florida Bar No. 008349