UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BAMIDELE AIYEKUSIBE, MISCHELE
HIGGINSON, and SHANTAL BROWN-
WINN, individually and on behalf of all
others similarly situated,

    Plaintiffs,

v.                                                Case No. 2:18-cv-816-JLB-MRM

THE HERTZ CORPORATION and DTG
OPERATIONS, INC.,

    Defendant.
_____/

## **ORDER**

On June 10, 2020, the Court stayed this action (Doc. 174) because Defendants jointly filed for bankruptcy relief in the matter of In re Hertz Corp., No. 20-11218 (MFW), (Bankr. D. Del.). The parties now file a stipulation of dismissal with prejudice (Doc. 176) and state that they have reached a settlement in the bankruptcy proceedings as part of a larger mediation process involving representatives of multiple other classes. See Omnibus Motion to Approve Certain Settlement Agreements, No. 20-11218 (MFW), (Bankr. D. Del. Mar. 26, 2021), ECF 3474; Order Approving Aiyekusibe Settlement, No. 20-11218 (MFW), (Bankr. D. Del. Apr. 13, 2021), ECF 3862. The parties also represent that the bankruptcy court will retain exclusive jurisdiction as to interpretation and implementation of the settlement. Considering the parties' representations, the Court does not believe that any review of the settlement is necessary under Lynn's Food Stores, Inc. v.

United States, 679 F.2d 1350, 1352 (11th Cir. 1982). Accordingly, the parties' stipulation is self-executing. Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012). The Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** in Fort Myers, Florida, on May 11, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE